# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

DAVID KENDRICK

**CRIMINAL COMPLAINT**

CASE NUMBER: 02-m10092-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____February 28, 2002_____ in _____Suffolk_____ county, in the _____ District of _____Massachusetts_____ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce with intent to avoid prosecution, and custody and confinement, under the laws of the Commonwealth of Massachusetts, the place from which he fled, for crimes that are felonies under the laws of said Commonwealth

in violation of Title ___18___ United States Code, Section(s) ___1073___.

I further state that I am a(n) ___Special Deputy U.S. Marshal___ and that this complaint is based on the following facts:
Official Title

See attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Paul J. Hartford_
Signature of Complainant
PAUL J. HARTFORD
Special Deputy U.S. Marshal

Sworn to before me and subscribed in my presence,

_June 14, 2000_ at _Boston, MA_
Date                                                                                   City and State

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## **AFFIDAVIT**

I, PAUL J. HARTFORD, Special Deputy United States Marshal, being duly sworn, upon my oath depose and state as follows:

1. I have been a Parole Officer with the Commonwealth of Massachusetts for nineteen (19) years and am currently assigned to the FEDERAL BUREAU OF INVESTIGATION's (FBI's) Violent Fugitive Task Force (VFTF).

2. The Suffolk County District Attorney's Office and the Boston Police Department have requested the assistance of the Violent Fugitive Task Force in the location and apprehension of DAVID KENDRICK.

3. I have reviewed records of the Suffolk County District Attorney's Office and have been advised by Detective Sergeant BRUCE HOLLOWAY of the Boston Police Department of the following:

   a. DAVID KENDRICK was charged with five (5) counts of Armed Robbery While Masked in indictments returned in Suffolk Superior Court on February 28, 2002;

   b. The crime of Armed Robbery While Masked is a felony under Massachusetts General Laws, Chapter 265, Section 17, punishable by a maximum penalty of life in prison;

   c. On February 28, 2002, an arrest warrant was issued by Suffolk Superior Court for the apprehension of DAVID KENDRICK;

    d. An investigation initially conducted by the Boston Police Department and currently underway by the FBI's Violent Fugitive Task Force has determined that DAVID KENDRICK is no longer residing in the Commonwealth of Massachusetts;

    e. Law enforcement efforts to locate DAVID KENDRICK within the Commonwealth of Massachusetts have been unsuccessful.

    4. It is believed that DAVID KENDRICK has fled the Commonwealth of Massachusetts.  Cell phone records indicate that he has recently been in Indiana.

    5. The Suffolk County District Attorney's Office will rendite DAVID KENDRICK if he is apprehended outside the District of Massachusetts (see attached letter from JOSH WALL, Deputy District Attorney of Suffolk County).

    6. Based upon the foregoing facts and upon my experience and training as a State Parole Officer, a Special Deputy United States Marshal, and a member of the FBI's Violent Fugitive Task Force, there is probable cause to believe that DAVID KENDRICK has moved or travelled in interstate commerce with intent to avoid prosecution under the laws of the Commonwealth of Massachusetts, the place from which he fled, for crimes that are

felonies under the laws of the Commonwealth of Massachusetts in violation of 18 U.S.C. § 1073.

_____
PAUL J. HARTFORD
Special Deputy United States Marshal

Subscribed and sworn to be before me this ____ day of June, 2002.

_____
LAWRENCE P. COHEN
United States Magistrate Judge



*The Commonwealth of Massachusetts*

DISTRICT ATTORNEY OF SUFFOLK COUNTY

DANIEL F. CONLEY

ONE BULFINCH PLACE
BOSTON, MA 02114-2997
TELEPHONE: (617) 619-4200
FAX: (617) 619-4317

June 13, 2002

Michael Sullivan
United States Attorney
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: **Commonwealth v David Kendrick**

**Dear Mr. Sullivan:**

The above named defendant presently has an outstanding arrest warrant issued by the Suffolk Superior Court, Docket No. SUCR0210190 for the following crimes:

**5 Counts Robbery, Armed & Masked**     MGL c265 §17

I respectfully request that a Federal Unlawful Flight to Avoid Prosecution warrant be issued for the apprehension of this subject. If arrested, the Suffolk County District Attorney's Office will immediately initiate proceedings to return the subject to the Commonwealth of Massachusetts and will assume the related costs.

If you require further information, please contact Sergeant-Detective Bruce A. Holloway at 617.619.4010.

Sincerely,

Josh Wall

Josh Wall
Deputy District Attorney

cc. Sgt.-Det. Bruce A. Holloway